# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ANALOG DEVICES, INC., MARVELL INTERNATIONAL, LTD., MARVELL TECHNOLOGY GROUP LTD., MEDIATEK INC., MEDIATEK USA INC., QUALCOMM INCORPORATED, and QUALCOMM TECHNOLOGIES, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 6:18-CV-356<br><br>**JURY TRIAL DEMANDED** |

## ANSWER TO QUALCOMM INCORPORATED AND QUALCOMM TECHNOLOGIES, INC.'S COUNTERCLAIMS

Plaintiff American Patents LLC ("American Patents") files this answer to the counterclaims of Qualcomm Incorporated and Qualcomm Technologies, Inc. ("Qualcomm"), based on its own knowledge as to itself and its own actions and based on information and belief as to all other matters, as follows.  Any allegation not specifically admitted is denied:

1.      Admitted that Qualcomm seeks a declaratory judgment with respect to the validity and infringement of the asserted patents.  Otherwise denied.

## THE PARTIES

2.      Admitted that Qualcomm Incorporated and Qualcomm Technologies, Inc. are Delaware corporations with a place of business at 5775 Morehouse Dr., San Diego, California 92121.  Otherwise denied.

3.      Admitted.

4. Admitted.

5. Admitted that this court has jurisdiction over Qualcomm's Declaratory Judgment claims and subject matter jurisdiction over patent infringement and validity. Admitted that Qualcomm seeks a declaratory judgment with respect to the validity and infringement of the asserted patents. Otherwise denied.

6. Admitted that venue is proper in this District. Otherwise denied.

### FIRST COUNTERCLAIM

### (Alleged Non-Infringement of the '293 Patent)

7. American Patents hereby repeats and re-alleges the admissions and denials contained in paragraphs 1-6 above. Any allegation not specifically admitted is denied.

8. Admitted.

9. Denied.

10. Denied.

11. Admitted that Qualcomm seeks a declaratory judgment of non-infringement. Otherwise denied.

### SECOND COUNTERCLAIM

### (Alleged Invalidity of the '293 Patent)

12. American Patents hereby repeats and re-alleges the admissions and denials contained in paragraphs 1-11 above. Any allegation not specifically admitted is denied.

13. Admitted that American Patents has asserted that the claims of the '293 Patent are valid. Admitted that an actual case or controversy exists between Qualcomm and American Patents concerning whether the '293 Patent is valid and/or enforceable. Otherwise denied.

14. Denied.

15. Denied.

16. Admitted that Qualcomm seeks a declaratory judgment of invalidity. Otherwise denied.

### THIRD COUNTERCLAIM

### (Alleged Non-Infringement of the '058 Patent)

17. American Patents hereby repeats and re-alleges the admissions and denials contained in paragraphs 1-16 above. Any allegation not specifically admitted is denied.

18. Admitted.

19. Denied.

20. Denied.

21. Admitted that Qualcomm seeks a declaratory judgment of non-infringement. Otherwise denied.

### FOURTH COUNTERCLAIM

### (Alleged Invalidity of the '058 Patent)

22. American Patents hereby repeats and re-alleges the admissions and denials contained in paragraphs 1-21 above. Any allegation not specifically admitted is denied.

23. Admitted that American Patents has asserted that the claims of the '058 Patent are valid. Admitted that an actual case or controversy exists between Qualcomm and American Patents concerning whether the '058 Patent is valid and/or enforceable. Otherwise denied.

24. Denied.

25. Denied.

26. Admitted that Qualcomm seeks a declaratory judgment of invalidity. Otherwise denied.

## FIFTH COUNTERCLAIM

### (Alleged Non-Infringement of the '720 Patent)

27. American Patents hereby repeats and re-alleges the admissions and denials contained in paragraphs 1-26 above.  Any allegation not specifically admitted is denied.

28. Admitted.

29. Denied.

30. Denied.

31. Admitted that Qualcomm seeks a declaratory judgment of non-infringement.  Otherwise denied.

## SIXTH COUNTERCLAIM

### (Alleged Invalidity of the '720 Patent)

32. American Patents hereby repeats and re-alleges the admissions and denials contained in paragraphs 1-31 above.  Any allegation not specifically admitted is denied.

33. Admitted that American Patents has asserted that the claims of the '720 Patent are valid.  Admitted that an actual case or controversy exists between Qualcomm and American Patents concerning whether the '720 Patent is valid and/or enforceable.  Otherwise denied.

34. Denied.

35. Denied.

36. Admitted that Qualcomm seeks a declaratory judgment of invalidity.  Otherwise denied.

## PRAYER FOR RELIEF

American Patents denies that Qualcomm is entitled to any of the relief for which it prays.

## JURY DEMAND

American Patents demands a trial by jury on all issues so triable by right.

Dated: March 12, 2019                             Respectfully submitted,

/s/ *Stafford Davis*
Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
The People's Petroleum Building
102 North College Avenue, 13th Floor
Tyler, Texas 75702
(903) 593-7000
(903) 705-7369 fax

Matthew J. Antonelli (*admission pending*)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington (*admission pending*)
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr. (*admission pending*)
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney (*admission pending*)
Texas Bar No. 24067819
ryan@ahtlawfirm.com
Michael D. Ellis
Texas Bar No. 24081586
michael@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

*Attorneys for American Patents LLC*