IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| AMERICAN PATENTS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:18-CV-356-ADA |
| | § | |
| ANALOG DEVICES, INC., MARVELL INTERNATIONAL, LTD., MARVELL TECHNOLOGY GROUP LTD., MEDIATEK INC., MEDIATEK USA INC., QUALCOMM INCORPORATED, and QUALCOMM TECHNOLOGIES, INC. | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT/COUNTER-PLAINTIFF ANALOG DEVICES, INC.

Defendant/Counter-Plaintiff Analog Devices, Inc. ("Analog Devices") hereby files this Notice of Appearance and notifies the Court that the following attorney has entered this action as counsel for Analog Devices:

    Tyler T. VanHoutan
    Texas Bar No. 24033290
    McGuireWoods LLP
    600 Travis St., Suite 7500
    Houston, TX 77002
    (832) 214-9911
    (832) 214-9924 (Fax)
    tvanhoutan@mcguirewoods.com

In connection with this Notice, Mr. VanHoutan requests that his appearance for Analog Devices be reflected on the Court's docket and that all future pleadings, Orders, and other papers be served on him.

Dated:  August 1, 2019                        Respectfully submitted,

                                             */s/ Tyler T. VanHoutan*
                                             Tyler T. VanHoutan
                                             Texas Bar No. 24033290
                                             McGuireWoods LLP
                                             600 Travis St., Suite 7500
                                             Houston, TX 77002
                                             (832) 214-9911
                                             (832) 214-9924 (Fax)
                                             tvanhoutan@mcguirewoods.com

                                             *Counsel for Analog Devices, Inc.*

## CERTIFICATE OF SERVICE

       Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on August 1, 2019, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system

                                             */s/ Tyler T. VanHoutan*
                                             Tyler T. VanHoutan