# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>ANALOG DEVICES, INC., et al.,<br><br>   Defendants. | CIVIL ACTION NO. 6:18-cv-356-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

WHEREAS, Defendants Analog Devices, Inc., Marvell Semiconductor, Inc., MediaTek Inc., MediaTek USA Inc., Qualcomm Incorporated, and Qualcomm Technologies, Inc. (collectively "Defendants"), and Plaintiff American Patents LLC ("American") have resolved American's claims for relief against Defendants asserted in this case.

NOW, THEREFORE, American and Defendants, through their attorneys of record, request this Court to dismiss all claims asserted by American against Defendants and all counterclaims brought by Defendants against American with prejudice, with each party to bear its own attorneys' fees, costs of court, and expenses.

Dated:  December 9, 2019

/s/ Zachariah S. Harrington
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

**ANTONELLI, HARRINGTON
& THOMPSON LLP**
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
**THE STAFFORD DAVIS FIRM**
The People's Petroleum Building
102 North College Avenue, 13th Floor
Tyler, Texas 75702
(903) 593-7000
(903) 705-7369 fax

*Attorneys for American Patents LLC*

Respectfully submitted,

/s/ Kevin P. Anderson
Gilbert A. Greene
State Bar No. 24045976
Pierre J. Hubert
State Bar No. 24002317
Jun Zheng
State Bar No. 24102681
**DUANE MORRIS LLP**
900 S. Capital of Texas Highway
Suite 300
Austin, Texas 78746
Tel: (512) 277-2300
Fax: (512) 277-2301
BGreene@duanemorris.com
PJHubert@duanemorris.com
JZheng@duanemorris.com

Kevin P. Anderson (*Pro Hac Vice*)
**DUANE MORRIS LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Tel: (202) 776-7800
Fax: (202) 776-7801
KPAnderson@duanemorris.com

Tyler T. VanHoutan
Texas Bar No. 24033290
**MCGUIREWOODS LLP**
600 Travis St., Suite 7500
Houston, TX 77002
(713) 571-9191
(713) 571-9652 (Fax)
tvanhoutan@mcguirewoods.com

Rebecca Levinson (Admitted *Pro Hac Vice*)
**MCGUIREWOODS LLP**
2001 K Street N.W., Suite 400
Washington, DC  20006
(202) 828-2816
(202) 828-3322 (Fax)
rlevinson@mcguirewoods.com

*Attorneys for Defendants*